UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

FILED VIA MAIL
AUG -6 2009
CLERK, U.S. BANKRUPTCY
COURT MIDDLE
DISTRICT OF FLORIDA

In Re: ) Case No.
Starlight Homes, Inc. ) 02-14837-9P1 -xx?
)
Debtor(s) )

MOTION FOR PAYMENT OF UNCLAIMED FUNDS

Comes now the undersigned, to move the Court to enter an order directing payment of unclaimed funds now on deposit in the Registry of the United States Bankruptcy Court. Claimant is a ✓ creditor ___ debtor (check one) in the above captioned bankruptcy case and on whose behalf funds were deposited. I have a right to claim said funds due to the following: We had signed a contract with Starlight Homes, Inc., made a Down Payment appr. $20,000.00. Starlight Homes, Inc never started the Building-process.

Name of Claimant: Gerhard Hoeltke, Ines Hoeltke
Mailing Address: 1637 SE 41st Street
City: Cape Coral  State: FL  Zip Code: 33904
Telephone Number: Home (239) 540-8425  Work: _____
Last Four Digits of SS# or Tax ID Number: GH-5400, IH-4506
Amount of Claim: $ 3,006.69

Claimant certifies under penalty of perjury that all statements made by Claimant on this motion and any attachments required for this Motion is, to the best of Claimant's knowledge, true and correct. Accordingly, Claimant requests the Court to enter an Order authorizing payment of the dividend due upon this claim.

I certify that I have mailed a copy of this Motion to the U.S. Attorney, Attn: Civil Procedures Clerk, 400 N. Tampa St., Ste. 3200, Tampa, FL 33602.

_Gerhard Hoeltke, Ines Hoeltke_     8-4-09
CLAIMANT'S SIGNATURE                DATE



